**Willie STREETER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83760.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 2004.

unless otherwise indicated.

Maleaner Harvey, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Evan J. Bucheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Appellant, William Streeter ("Movant"), appeals from the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. On February 28, 2003, Movant entered a plea of guilty to trafficking in the second degree, section 195.223 RSMo (2000),[1] and possession of a controlled substance, section 195.202. Movant was sentenced to thirteen years imprisonment for trafficking in the second degree, and a concurrent one-year sentence for possession of a controlled substance, to run concurrently with sentences executed in cause numbers 95CR–4976, 96CR–0402, 97CR–4228, and 98CR–3726A. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

_____

1. All statutory references are to RSMo 2000 unless otherwise indicated.